GEORGE W. HEBARD, as Executor and Trustee under the Will of MARCELLUS HARTLEY, Deceased, Plaintiff, *v.* THE CITY OF NEW YORK, Respondent.

MARCELLUS H. DODGE et al., Appellants.

*Hebard* v. *City of New York*, 163 App. Div. 853, affirmed.
(Argued June 4, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1914, which affirmed an order of Special Term, pursuant to section 3247 of the Code of Civil Procedure, requiring the appellants to pay the costs recovered by the defendants in the above-entitled action.

*Chauncey B. Garver* and *John A. Garver* for appellants.

*Frank L. Polk, Corporation Counsel* (*Charles J. Nehrbas, Terence Farley* and *John F. Collins* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.